**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **TAHZAY M. BROWN** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **DARBY BOROUGH, POLICE OFFICER** | : | |
| **KATHERINE REARDON, POLICE OFFICER** | : | |
| **ERIN BROWN, POLICE OFFICER ANTHONY** | : | |
| **SALVATORE and POLICE OFFICER PAUL** | : | |
| **McGRENERA** | : | **No. 14-4654** |

## ORDER

**AND NOW**, this 23rd day of December, 2014, upon consideration of the Defendants' Motion for Dismissal of Plaintiff's Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) (Document No. 16) and the plaintiff's response, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the amended complaint is **DISMISSED**.


        /s/Timothy J. Savage
TIMOTHY J. SAVAGE,  J.